AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

ERNEST CLARK HICKS,

*Plaintiff*

v.

BANK OF AMERICA, N.A, et al

*Defendants*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 13, 2020

SEAN F. McAVOY, CLERK

Civil Action No.  2:20-cv-00158-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendants Bank of America, N.A., and MERS's Motion to Dismiss (ECF No. 22) is GRANTED. Defendant Quality Loan Service Corporation of Washington's Motion to Dismiss Complaint and Joinder in Bank of America and MERS's Motion to Dismiss (ECF No. 24) is DISMISSED as moot. Judgment is entered in favor of Defendants.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Stanley A. Bastian  on a Motion to Dismiss (ECF No. 22) and a Motion to Dismiss Complaint (ECF No. 24).

Date:  11/13/2020

*CLERK OF COURT*

SEAN F. McAVOY

s/ Lee Reams

*(By) Deputy Clerk*

Lee Reams